# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simson Chavel R. | K, (WD) | 4-17 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Act. | ___ Nomination, Date _____  ___ Initial  ✓ Annual  ___ Final <br> 5b. ___ Amended Report | 1-1-05  12-31-05 |

**7. Chambers or Office Address**

601 W. Broadway #247
Louisville, KY 40202

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. ▓▓▓▓ | ▓▓▓▓ |
| 2. Executive | Estate #1 |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☑ NONE (No reportable non-investment income.) | | |
| 1. | | |
| 2. | | $ |
| 3. | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 05 | ▓▓▓▓ | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Charles R | 4-15-06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                            DESCRIPTION

[✓] NONE  (No such reportable reimbursements.)

1

2

3

4

5

6

7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE            DESCRIPTION            VALUE

[✓] NONE  (No such reportable gifts.)

1
     $

2
     $

3
     $

4
     $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR           DESCRIPTION           VALUE CODE*

[✓] NONE  (No reportable liabilities.)

1

2

3

4

5

*Value Codes     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000     P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Cuarcez R | 5-15-0 ~~5~~ 6 / 4-17 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 GE common | A | Div | K | T | | | | | |
| 2 Lou. Fed C.U. | B | Int | K | T | | | | | |
| 3 Ky Telco C.U. X | B | Int | L | T | | | | | |
| 4 Dupree Tax-Free Income Series | D | Div | M | T | | | | | |
| 5 Scudder Tax Free Fund | A | Int | | | Sell | 3/27 | J | A | |
| 6 | | | | | | | | | |
| 7 Hilliard-Lyons Govt Fund | A | Div | | | Sell | 2/14 | L | A | |
| 8 Hilliard-Lyons Govt Fund | A | Div | | | Sell | 3/17 | J | A | |
| 9 Vanguard Admiral Trsrs MM | B | Div | L | T | Buy | 2/17 | L | | |
| 10 Vanguard Total Stock Mkt Ind Fund | A | Div | K | T | Buy | 9/22 | K | | |
| 11 Angelica com. | A | Div | J | T | | | | | |
| 12 Barrick Gold Corp | A | Div | J | T | | | | | |
| 13 Casual Male Ret. Grp Com | A | Div | J | T | | | | | |
| 14 Churchill Downs com | A | Div | J | T | | | | | |
| 15 Johnson Outdoor Com | A | Div | J | T | | | | | |
| 16 Safeco com | A | Div | J | T | | | | | |
| 17 Hilliard-Lyons Govt Fund | A | Div | | | Sold | 2/14 | L | A | |

Income Gain Codes: A=$1,000 or less; B=$1,001-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001-$100,000; M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000; O=$500,001-$1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=More than $50,000,000
Value Method Codes: Q=Appraisal; R=Cost (real estate only); S=Assessment; T=Cash Market
(See Col. C2) U=Book Value; V=Other; W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simeson Charcus R | 5-15-06 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month, Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Vanguard Admiral Treas MM Fund | B | Div | L | T | Buy | 2/17 | L | | |
| 2 Vanguard Total Stock Mkt Index Fund | A | Div | K | T | Buy | 9/22 | K | | |
| 3 ASA Ltd Com | A | Div | K | T | | | | | |
| 4 Barrick Gold Com | A | Div | J | T | | | | | |
| 5 Casey's Genl Retail Group Com | A | Div | J | T | | | | | |
| 6 Churchill Downs Inc Com | A | Div | J | T | | | | | |
| 7 Cross AT Com | A | Div | J | T | | | | | |
| 8 Glimcher REIT Com | A | Div | J | T | | | | | |
| 9 Ky Electric Steel Com | A | Div | J | T | | | | | |
| 10 Veritas Com | B | Div | K | T | | | | | |
| (C) 11 Hilliard-Lyons Govt Fd | A | Div | | | Sell | 2/15 | L | A | |
| 12 Vanguard Admiral Treas MM Fund | B | Div | L | T | Buy | 2/24 | L | | |
| 13 Casey's Genl Retail Group Com | A | Div | K | T | | | | | |
| 14 Churchill Downs Com | A | Div | J | T | | | | | |
| 15 Healthsouth Com | A | Div | J | T | | | | | |
| 16 National Health Investors Com | A | Div | J | T | | | | | |
| 17 Penna REIT Com | A | Div | J | T | | | | | |

Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SIMPSON CHARLES R | 8-15-06  4-17 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 VENTAS COM | A | DIV | K | T | | | | | |
| (F) 2 HILLIARD-LYONS GOVT FUND | A | DIV | | | SELL | 2/10 | K | A | |
| 3 VANGUARD TREAS MM FUND | A | DIV | K | T | BUY | 2/24 | K | | |
| 4 VANGUARD TOTAL STOCK MARKET INDEX FUND | A | DIV | J | T | BUY | 7/12 | J | | |
| 5 DREYFUS STRATEGIC MUNICIPALS COM | A | DIV | J | T | | | | | |
| 6 EXELON COM | A | DIV | J | T | | | | | |
| 7 FPL GROUP COM | A | DIV | J | T | | | | | |
| 8 GE COM | A | DIV | K | T | | | | | |
| 9 | | | | | | | | | |
| 10 DUPREE INTERMEDIATE GOVT BOND SER X | D | DIV | L | T | | | | | |
| 11 US-BANK CD X | D | DIV | L | T | | | | | |
| 12 PRUDENTIAL FINANCIAL ACCOUNT X | A | INT | K | T | | | | | |
| 13 STOCKYARDS BANK ACCOUNT X | A | INT | M | T | | | | | |
| 14 HH BONDS X | A | INT | K | T | | | | | |
| 15 SERIES E BONDS | A | INT | K | T | | | | | |
| 16 1/2 INTEREST REAL PROPERTY "A" LOUISVILLE KY X | A | RENT | | | SELL | 11/21 | L | E | |
| 17 | | | | | | | | | |

OMITTED IN ERROR FROM PRIOR REPORTS

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. G2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R. | 5-15-06 4-17 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 — ESTATE #1 X | | | | | | | | | |
| 2 Scudder Tax Exempt Money Fund | B A | INT | | | Sell | 9/19 | M | A | |
| 3 Eaton Vance Muniwealth Trust | B | INT | | | Sell | 11/08 | K | A | |
| 4 Dupree Tax Free Income Series | E | Div | | | Sell | 10/25 | O | A | |
| 5 Exelon Com. | A | Div | | | Sell | 11/14 | E | A | |
| 6 FPL Group Com. | A | Div | | | Sell | 11/10 | E | A | |
| 7 GE Com | A | Div | | | Sell | 11/10 | F | A | |
| 8 Prudential Financial Com | A | Div | | | Sell | 11/22 | J | A | |
| 9 First Energy Common | A | Div | | | Sell | 11/14 | J | A | |
| 10 MFS Multi-Market Income Trust | A | Div | | | Sell | 11/14 | J | A | |
| 11 Jefferson County Ky School Bonds | B | INT | | | Sell | 11/9 | M | A | |
| 12 Smith Barney Municipal Money Market Fund | E | INT | W | T | | | | | |
| 13 Jefferson County Ky Cap. Tax Proj. Bonds | A | INT | | | Sell | 11/14 | K | A | |
| 14 Ky. Turnpike Bonds | A | INT | | | Sell | 11/14 | K | A | |
| 15 Ky Turnpike Bonds | A | INT | | | Sell | 11/14 | K | A | |
| 16 Louisville Water Revenue Bonds | A | INT | | | Sell | 11/14 | K | A | |
| 17 Owensboro Ky Electric Bonds | A | INT | | | Sell | 11/14 | K | A | |

1. Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  U=Cash/Market
(See Col. C2)  T=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BIMPSON, CUALEZ R. | 5-15-06  4-17 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 DREYFUS STRATEGIC MUNICIPALS COM | B | DIV | K | T | | | | | |
| 2 U.S. RETIRING BONDS | A | INT | L | T | | | | | |
| 3 U.S. HH BONDS | A | INT | L | T | | | | | |
| 4 PNC BANK ACCOUNTS | A | INT | | | SELL | 9/00 | L | A | |
| 5 CHASE BANK ONE ACCOUNTS | AB | INT | | | SELL | 9/00 | M | A | |
| 6 U.S. BANK ACCOUNT | AB | INT | | | SELL | 9/7 | M | A | |
| 7 BB&T BANK ACCOUNT | A | INT | | | SELL | 9/1 | B | A | |
| 8 STOCK YARDS BANK ACCOUNT | D | INT | P1 | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes:  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book Value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date  4-17-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544